■ In the Matter of AMIYAH F. and Others, Children Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TRENESHA B., Appellant. [17 NYS3d 349]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered October 4, 2013 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent abused Markell W. and derivatively neglected Amiyah F. and Ajane B.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ EDWARD MELIA, Respondent, v ZENHIRE, INC., et al., Appellants. (Appeal No. 1.) [17 NYS3d 351]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 6, 2013. The order, insofar as appealed from, denied in part the motion of defendants for summary judgment dismissing the complaint and granted the cross motion of plaintiff for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.